**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JOSEPH LODUCA, | : | No. 97 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LORI HACKENBERG, P.J. SNYDER | : | |
| COUNTY, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2023, the Application for Leave to File Original Process is GRANTED, the Petition for Writ of Mandamus or Habeas Corpus is DENIED, and the Application for Relief to Supplement is DISMISSED AS MOOT. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.